# United States Bankruptcy Court
## District of Kansas

In re **Eric Thomas Maslak**
**Brooke Ann Maslak**
Debtor(s)

Case No. **11-20216**
Chapter **13**

## Motion to Abate and Modify Plan Payment

**COME NOW** Debtors, by and through Jonathan C. Becker, and shows to the court as follows:

1. Debtors filed a Chapter 13 voluntary petition under Title 11 of the United States Code on January 28, 2011.

2. Debtor Brooke Maslak has been unemployed for a considerable amount of time and has been prohibited by a restrictive employment covenant from employment in her field of expertise.

3. Debtor Brooke Maslak will be employed September 1, 2013 and Debtors will be able to resume plan payments in September, 2013

4. Debtors consent to any increase in plan length necessary to keep the confirmed plan feasible under Section 1325.

2. Debtors consent to an increased fee for his attorney in the amount of $165.00 to be paid through the plan for the work done in filing this Motion, its accompanying notice and the costs associated therewith.

**WHEREFORE**, Debtors respectfully requests an order approving abatement of the August, 2013 plan payments and modification of the plan as outlined above and for such other relief the Court deems just and necessary.

JONATHAN C. BECKER,
ATTORNEY AT LAW, P.A.

By: /s/ Jonathan C. Becker_____
Jonathan C. Becker, #13983
3120 Mesa Way, Suite B
Lawrence, KS 66049
785-842-0900
Attorney for Debtors

## CERTIFICATE OF MAILING

      I hereby certify that on 19 July 2013, a true and correct copy of the above and foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties registered with the Court's electronic registration system for the above captioned case. Additionally, I hereby certify that on 19 July 2013 CertificateofService.com deposited a copy of the above and foregoing in the U.S. Mail, postage prepaid to all parties on the attached matrix.

/s/ Jonathan C. Becker_____
Jonathan C. Becker